[No. 45571-4-II.   Division Two.   December 16, 2014.]

MARCUS GERLACH ET AL., *Appellants*, v. THE CITY OF BAINBRIDGE ISLAND ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 13-2-00136-7, Jeanette Dalton, J., entered October 8, 2013. *Affirmed* by unpublished opinion per Lee, J., concurred in by Worswick and Maxa, JJ.

[No. 45585-4-II.   Division Two.   December 16, 2014.]

*In the Matter of the Dependency of* J.D.T.

J.T., *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-7-01137-2, Kathryn J. Nelson, J., entered November 1, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Maxa, J., concurred in by Lee and Melnick, JJ.

[No. 45912-4-II.   Division Two.   December 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. R.H., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-8-00221-3, Richard L. Brosey, J., entered February 11, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick and Lee, JJ.

[No. 45930-2-II.   Division Two.   December 16, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. KYLE S. PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 13-1-00684-1, James W. Lawler, J., entered February 4, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick and Sutton, JJ.